*1096 ante, p. 963;
ante, p. 839;
ante, p. 840;
ante, p. 847;
ante, p. 810;
ante, p. 851;
*1097 No. 02-11323.
No. 02-11330.
No. 02-11385.
No. 03-267.
No. 03-382.
No. 03-5066.
No. 03-5094.
No. 03-5358.
No. 03-5367.
No. 03-5504.
No. 03-5925.
No. 03-6207.
ante, p. 868;
ante, p. 868;
ante, p. 872;
ante, p. 967;
ante, p. 968;
ante, p. 886;
ante, p. 888;
ante, p. 904;
ante, p. 905;
ante, p. 810;
ante, p. 969; and
ante, p. 990. Petitions for rehearing denied.